**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 23, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00916-CV

---

## WILLIAM T. BUCKLES, JR., JIMMY DALE LESSLEY D/B/A LESSLEY SERVICES, TPG LEASING, LLC, AND TPG TRANSPORT, LLC, Appellants

### V.

## KAREN TAYLOR, DAMIAN TAYLOR, BRITTANI TAYLOR, CARL TAYLOR, AND LARRY TAYLOR, Appellees

---

**On Appeal from the 258th District Court
San Jacinto County, Texas
Trial Court Cause No. CV-12851**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 21, 2012. On October 17, 2012, appellants filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.